THOMAS G. O'CONNER v. EDWIN A. RAFTER, Individually, etc.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE ENDERS SALES COMPANY v. A. C. PENN, INC.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BRONSON WINTHROP and Another, as Executors, etc., Appellants, v. THE BANK FOR SAVINGS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

F. V. SMITH, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

NEW YORK SANITARY UTILIZATION COMPANY, Appellant, v. NEW YORK DISPOSAL CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE SHERWOOD COMPANY, Appellant, v. OTTO VOLKENING, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BERTRAM BERNSTEIN and Another, Copartners, etc., Respondents, v. HENRY BRODER, Doing Business under the Name of BRODER & Co., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MEYER MARKS, Respondent, v. ABRAHAM J. DIAMOND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

YETTA ZEITLIN, as Administratrix, etc., Respondent, v. JACOB WISHINSKY and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $2,936.40; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GEORGE KINDERMANN and Another, Respondents, v. OLGA A. KINDERMANN, Individually and as Executrix, etc., of JULIUS KINDERMANN, Deceased, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MAUD E. W. (MOLLER) PAULOVICO, Respondent, v. EMILY RODGERS MOLLER, as Ancillary Administratrix, etc., of HAROLD G. MOLLER, Deceased, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.